United States Bankruptcy Court
District of Puerto Rico

In re:  Case No. 16-00046-BKT
IRMA N RAMOS PINERO  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3          User: alvarezl                  Page 1 of 1                  Date Rcvd: Apr 14, 2016
                              Form ID: pdf001                 Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2016.
```
db          +IRMA N RAMOS PINERO,    PO BOX 537,     NAGUABO, PR 00718-0537
smg          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
             SAN JUAN, PR  00918
4232285      FIRST PREMIER BANK,    PO BOX 5147,    SIOUX FALLS, SD 57117-5147
4232288     +JOSE A CANDELARIO LAJARA ESQ,    COND VICK CENTER D-407,    AVE MUNOZ RIVERA #867,
             San Juan, PR 00925-2102
4232289     +LVNV FUNDING LLC,    PO BOX 15298,    Wilmington, DE 19850-5298
4232290      MIDLAND FUNDING LLC,    2711 CENTERVILLE COMPANY,    NEW CASTLE,    WILMINGTON, DE 19808
4232291      NAGUABE A COOP,    PO BOX 69,    NAGUABO, PR 00718-0069
4232292      OPERATING PARTNERS CO INC,    PO BOX 194499,    SAN JUAN, PR 00919-4499
4232295      WILLIAM RIVERA OCASIO,    PO BOX 537,    NAGUABO, PR 00718-0537
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Apr 14 2016 19:27:23     US TRUSTEE,
             EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
4232283      E-mail/Text: marilyn.gonzalez@popular.com Apr 14 2016 19:28:27     BANCO POPULAR DE PR,
             BANKRUPTCY DIVISION,   PO BOX 366818,   SAN JUAN, PR 00936-6818
4236367      E-mail/Text: marilyn.gonzalez@popular.com Apr 14 2016 19:28:27     BANCO POPULAR DE PUERTO RICO,
             BANKRUPTCY DEPARTMENT,   PO BOX 366818,   SAN JUAN PR 00936-6818
4232284      E-mail/Text: marilyn.gonzalez@popular.com Apr 14 2016 19:28:27     BANCO POPULAR DE PUERTO RICO,
             BANKRUPTCY DIVISION,   PO BOX 366818,   SAN JUAN, PR 00936-6818
4232286      E-mail/Text: cio.bncmail@irs.gov Apr 14 2016 19:26:21     INTERNAL REVENUE SERVICE,
             PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4232287      E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 14 2016 19:28:23     JEFFERSON CAPITAL SYSTEMS LLC,
             PO BOX 7999,   SAINT CLOUD, MN 56302-9617
4232293     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2016 19:18:49
             PRA RECEIVABLES MANAGEMENT LLC,    AGENT OF PORTFOLIO RECOVERY ASSOCS.,    PO BOX 12914,
             NORFOLK, VA 23541-0914
4232294      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 14 2016 19:18:52
             RESURGENT CAPITAL SERVICES,    PO BOX 10587,   Greenville, SC 29603-0587
4235628      E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2016 19:18:19     Synchrony Bank,
             c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           COOPERATIVA DE AHORRO Y CREDITO NAGUABENA
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2016                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2016 at the address(es) listed below:
```
             JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
             JUAN A SANTOS BERRIOS    on behalf of Debtor IRMA N RAMOS PINERO santosberriosbk@gmail.com,
              bkcsantosb@gmail.com;bksantosberrios2@gmail.com
             MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
             NELSON  ROBLES DIAZ    on behalf of Creditor    COOPERATIVA DE AHORRO Y CREDITO NAGUABENA
              nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 16-00046 BKT

IRMA N RAMOS PINERO

Chapter 13

XXX-XX-8530

**FILED & ENTERED ON 4/14/2016**

Debtor(s)

**NOTICE RESCHEDULING HEARING ON CONFIRMATION**

The hearing on confirmation scheduled for 6/2/2016 at 9:00 A.M. will now be held on 6/9/2016 at 09:00 A.M., at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur, Courtroom No. 1, Second Floor, San Juan, Puerto Rico.

San Juan, Puerto Rico, this 14 day of April, 2016.

**MARIA DE LOS ANGELES GONZALEZ, ESQ.**
**CLERK OF THE COURT**

BY: S/Lourdes Alvarez

CC: ALL CREDITORS