United States Bankruptcy Court
District of Puerto Rico

In re:                                                                  Case No. 16-00046-BKT
IRMA N RAMOS PINERO                                                     Chapter 13
WILLIAM RIVERA OCASIO
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0104-3          User: montalvo            Page 1 of 2            Date Rcvd: May 23, 2018
                              Form ID: odct             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db/jdb         +IRMA N RAMOS PINERO,    WILLIAM RIVERA OCASIO,    PO BOX 537,    NAGUABO, PR 00718-0537
smg             FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg            +PR DEPARTMENT OF LABOR,    PO BOX 195540,    HATO REY, PR 00919-5540
4388004        +COOPERATIVA AHORRO Y CREDITO NAGUABENA,    PO BOX 69,    NAGUABO, PR 00718-0069
4232285         FIRST PREMIER BANK,    PO BOX 5147,    SIOUX FALLS, SD 57117-5147
4232288        +JOSE A CANDELARIO LAJARA ESQ,    COND VICK CENTER D-407,    AVE MUNOZ RIVERA #867,
                 San Juan, PR 00925-2102
4388002        +LIBERTY CABLEVISION OF PR,    PO BOX 192295,    SAN JUAN, PR 00919-2295
4232289        +LVNV FUNDING LLC,    PO BOX 15298,    Wilmington, DE 19850-5298
4232290         MIDLAND FUNDING LLC,    2711 CENTERVILLE COMPANY,    NEW CASTLE,    WILMINGTON, DE 19808
4232291         NAGUABE A COOP,    PO BOX 69,    NAGUABO, PR 00718-0069
4232292         OPERATING PARTNERS CO INC,    PO BOX 194499,    SAN JUAN, PR 00919-4499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@hacienda.pr.gov May 23 2018 19:23:38     DEPARTAMENTO DE HACIENDA,
                 PO BOX 9024140,    OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov May 23 2018 19:21:57     US TRUSTEE,
                 EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
4232283         E-mail/Text: marilyn.gonzalez@popular.com May 23 2018 19:23:16     BANCO POPULAR DE PR,
                 BANKRUPTCY DIVISION,    PO BOX 366818,   SAN JUAN, PR 00936-6818
4236367         E-mail/Text: marilyn.gonzalez@popular.com May 23 2018 19:23:16     BANCO POPULAR DE PUERTO RICO,
                 BANKRUPTCY DEPARTMENT,    PO BOX 366818,    SAN JUAN PR 00936-6818
4232284         E-mail/Text: marilyn.gonzalez@popular.com May 23 2018 19:23:16     BANCO POPULAR DE PUERTO RICO,
                 BANKRUPTCY DIVISION,    PO BOX 366818,   SAN JUAN, PR 00936-6818
4232286         E-mail/Text: cio.bncmail@irs.gov May 23 2018 19:21:32     INTERNAL REVENUE SERVICE,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4232287         E-mail/Text: JCAP_BNC_Notices@jcap.com May 23 2018 19:23:07     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    SAINT CLOUD, MN 56302-9617
4471247         E-mail/Text: bankruptcy@hacienda.pr.gov May 23 2018 19:23:37     PR DEPARTMENT OF TREASURY,
                 BANKRUPTCY SECTION (424-B),    PO BOX 9024140,    SAN JUAN, PR 00902-4140
4232293        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2018 19:26:37
                 PRA RECEIVABLES MANAGEMENT LLC,    AGENT OF PORTFOLIO RECOVERY ASSOCS.,    PO BOX 12914,
                 NORFOLK, VA 23541-0914
4232294         E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2018 19:32:13
                 RESURGENT CAPITAL SERVICES,    PO BOX 10587,    Greenville, SC 29603-0587
4235628         E-mail/PDF: gecsedi@recoverycorp.com May 23 2018 19:26:12     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              COOPERATIVA DE AHORRO Y CREDITO NAGUABENA
4388003*       +LVNV FUNDING LLC,    PO BOX 15298,   Wilmington, DE 19850-5298
4232295*        WILLIAM RIVERA OCASIO,    PO BOX 537,   NAGUABO, PR 00718-0537
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0104-3          User: montalvo              Page 2 of 2                   Date Rcvd: May 23, 2018
                              Form ID: odct               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:

```
              JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
              JOSE RAMON CARRION MORALES (LL)    on behalf of Trustee JOSE RAMON CARRION MORALES
               newecfmail@ch13-pr.com
              JUAN A SANTOS BERRIOS    on behalf of Joint Debtor WILLIAM  RIVERA OCASIO
               santosberriosbk@gmail.com,  bkcsantosb@gmail.com;bksantosberrios2@gmail.com
              JUAN A SANTOS BERRIOS    on behalf of Debtor IRMA N RAMOS PINERO santosberriosbk@gmail.com,
               bkcsantosb@gmail.com;bksantosberrios2@gmail.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NELSON  ROBLES DIAZ    on behalf of Creditor    COOPERATIVA DE AHORRO Y CREDITO NAGUABENA
               nroblesdiaz@gmail.com,  nrdbankruptcy@gmail.com
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**IRMA N RAMOS PINERO**
aka IRMA NYDIA RAMOS PINERO, aka IRMA N RAMOS
**WILLIAM RIVERA OCASIO**
dba ORIENTAL EXTERMINATING SERVICES

xxx–xx–8530
xxx–xx–4609

Debtor(s)

Case No. **16–00046 BKT**

Chapter **13**

**FILED & ENTERED ON 5/23/18**

## ORDER DISMISSING CASE

The motion to dismiss filed by the chapter 13 trustee (docket #109), having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED that, upon the dismissal of a chapter 13 case wherein a chapter 13 plan has not been confirmed, the court shall retain jurisdiction to resolve any request for administrative expenses under 11 U.S.C. § 503(b) filed with the clerk within twenty–one (21) days after the order of dismissal becomes final and unappealable; and it is further

ORDERED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, May 23, 2018 .

Brian K. Tester
United States Bankruptcy Judge