16-00046-BKT

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| IRMA N RAMOS PINERO<br>WILLIAM RIVERA OCASIO<br>PO BOX 537<br>NAGUABO, PR 00718-0537 | JUAN A SANTOS BERRIOS*<br>PO BOX 9102<br>HUMACAO, PR 00792 |
| BANCO POPULAR DE PR<br>BANKRUPTCY DIVISION<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| COOP A/C NAGUABENA<br>PO BOX 69<br>NAGUABO, PR 00718-0069 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| FIRST PREMIER BANK<br>PO BOX 5147<br>SIOUX FALLS, SD 57117-5147 | INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | JOSE A CANDELARIO LAJARA ESQ<br>COND VICK CENTER D-407<br>AVE MUNOZ RIVERA #867<br>SAN JUAN, PR 00925 |

| | |
|---|---|
| LIBERTY CABLE<br>DEP FINANZAS<br>PO BOX 192296<br>SAN JUAN, PR 00919-1296 | LVNV FUNDING LLC<br>PO BOX 15298<br>WILMINGTON, DE 19850 |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT<br>PO BOX 2011<br>WARREN, MI 48090 | OPERATING PARTNERS CO INC<br>PO BOX 194499<br>SAN JUAN, PR 00919-4499 |
| PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY ASSOCS.<br>PO BOX 12914<br>NORFOLK, VA 23541 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 |
| WILLIAM RIVERA OCASIO<br>PO BOX 537<br>NAGUABO, PR 00718-0537 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 |

Dated November 14, 2018            /S/ José R. Carrión
                                   OFFICE OF THE CHAPTER 13 TRUSTEE