odtcsek.jsp

# UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| *In re:* | |
|---|---|
| IRMA N RAMOS PINERO | **Case No.** 16–00046 BKT |
| WILLIAM RIVERA OCASIO | **Chapter 13** |
| xxx–xx–8530 | |
| xxx–xx–4609 | |
| Debtor(s) | FILED & ENTERED ON 12/18/18 |

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The instant case has been dismissed. The duly appointed chapter 13 trustee in the above mentioned case, has rendered a full and complete account of his administration of the estate. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that the bond of trustee be cancelled and the surety thereon released from further liability thereunder, and that the estate be and is hereby closed.

IT IS SO ORDERED.

San Juan, Puerto Rico, this **Tuesday, December 18, 2018** .

Brian K. Tester
United States Bankruptcy Judge

cc: JOSE RAMON CARRION MORALES , UST