United States Bankruptcy Court
District of Puerto Rico

In re:                                                                Case No. 16-00046-BKT
IRMA N RAMOS PINERO                                                   Chapter 13
WILLIAM RIVERA OCASIO
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0104-3          User: bedardm          Page 1 of 2          Date Rcvd: Dec 18, 2018
                              Form ID: dtd3          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
```
db/jdb         +IRMA N RAMOS PINERO,    WILLIAM RIVERA OCASIO,    PO BOX 537,    NAGUABO, PR 00718-0537
4388004        +COOPERATIVA AHORRO Y CREDITO NAGUABENA,    PO BOX 69,    NAGUABO, PR 00718-0069
4232285         FIRST PREMIER BANK,    PO BOX 5147,    SIOUX FALLS, SD 57117-5147
4232288        +JOSE A CANDELARIO LAJARA ESQ,    COND VICK CENTER D-407,    AVE MUNOZ RIVERA #867,
                 San Juan, PR 00925-2102
4388002        +LIBERTY CABLEVISION OF PR,    PO BOX 192295,    SAN JUAN, PR 00919-2295
4232289        +LVNV FUNDING LLC,    PO BOX 15298,    Wilmington, DE 19850-5298
4232290         MIDLAND FUNDING LLC,    2711 CENTERVILLE COMPANY,    NEW CASTLE,    WILMINGTON, DE 19808
4232291         NAGUABE A COOP,    PO BOX 69,    NAGUABO, PR 00718-0069
4232292         OPERATING PARTNERS CO INC,    PO BOX 194499,    SAN JUAN, PR 00919-4499
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4232283         E-mail/Text: marilyn.gonzalez@popular.com Dec 18 2018 19:50:49     BANCO POPULAR DE PR,
                 BANKRUPTCY DIVISION,    PO BOX 366818,    SAN JUAN, PR 00936-6818
4236367         E-mail/Text: marilyn.gonzalez@popular.com Dec 18 2018 19:50:49     BANCO POPULAR DE PUERTO RICO,
                 BANKRUPTCY DEPARTMENT,    PO BOX 366818,    SAN JUAN PR 00936-6818
4232284         E-mail/Text: marilyn.gonzalez@popular.com Dec 18 2018 19:50:49     BANCO POPULAR DE PUERTO RICO,
                 BANKRUPTCY DIVISION,    PO BOX 366818,    SAN JUAN, PR 00936-6818
4232286         E-mail/Text: cio.bncmail@irs.gov Dec 18 2018 19:49:12     INTERNAL REVENUE SERVICE,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4232287         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 18 2018 19:50:45     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    SAINT CLOUD, MN 56302-9617
4471247         E-mail/Text: bankruptcy@hacienda.pr.gov Dec 18 2018 19:51:17     PR DEPARTMENT OF TREASURY,
                 BANKRUPTCY SECTION (424-B),    PO BOX 9024140,    SAN JUAN, PR 00902-4140
4232293        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2018 19:47:13
                 PRA RECEIVABLES MANAGEMENT LLC,    AGENT OF PORTFOLIO RECOVERY ASSOCS.,    PO BOX 12914,
                 NORFOLK, VA 23541-0914
4232294         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 18 2018 19:47:15
                 RESURGENT CAPITAL SERVICES,    PO BOX 10587,    Greenville, SC 29603-0587
4235628         E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 19:47:08     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                                TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              COOPERATIVA DE AHORRO Y CREDITO NAGUABENA
4388003*       +LVNV FUNDING LLC,    PO BOX 15298,    Wilmington, DE 19850-5298
4232295*        WILLIAM RIVERA OCASIO,    PO BOX 537,    NAGUABO, PR 00718-0537
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
```
              JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
              JOSE RAMON CARRION MORALES (LL)    on behalf of Trustee JOSE RAMON CARRION MORALES
               newecfmail@ch13-pr.com
              JUAN A SANTOS BERRIOS    on behalf of Joint Debtor WILLIAM  RIVERA OCASIO
               santosberriosbk@gmail.com, bkcsantosb@gmail.com;bksantosberrios2@gmail.com
              JUAN A SANTOS BERRIOS    on behalf of Debtor IRMA N RAMOS PINERO santosberriosbk@gmail.com,
               bkcsantosb@gmail.com;bksantosberrios2@gmail.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
```

```
District/off: 0104-3          User: bedardm            Page 2 of 2                  Date Rcvd: Dec 18, 2018
                              Form ID: dtd3            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        NELSON  ROBLES DIAZ   on behalf of Creditor    COOPERATIVA DE AHORRO Y CREDITO NAGUABENA
         nroblesdiaz@gmail.com,  nrdbankruptcy@gmail.com

                                                                                                                         TOTAL: 6

odtcsek.jsp

# UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>IRMA N RAMOS PINERO<br><br>WILLIAM RIVERA OCASIO<br><br>xxx–xx–8530<br><br>xxx–xx–4609<br><br><br>Debtor(s) | **Case No.** 16–00046 BKT<br><br>**Chapter 13**<br><br><br><br>FILED & ENTERED ON 12/18/18 |

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The instant case has been dismissed. The duly appointed chapter 13 trustee in the above mentioned case, has rendered a full and complete account of his administration of the estate. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that the bond of trustee be cancelled and the surety thereon released from further liability thereunder, and that the estate be and is hereby closed.

IT IS SO ORDERED.

San Juan, Puerto Rico, this **Tuesday, December 18, 2018** .

Brian K. Tester
United States Bankruptcy Judge

cc: JOSE RAMON CARRION MORALES , UST